February 4, 2015

Anderson County District Clerk
500 N. Church St., RM 18
Palestine, TX 75801

FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB -9 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: No. 349-6270
    Robert C. Morris vs. Sherri Milligan, et al.
    App. No. 12-14-00332-CV

Dear District Clerk,

Please be advised that the Clerk's Record submitted to the Twelfth Court of Appeals for the above referenced cause is incomplete.

The only document that is missing from the Record is the following:

February 4, 2010 - Default Judgment, signed by judge.

This document was noted on the Docket Sheet and was included as an exhibit in a writ of mandamus. However, it is not been included in the Clerk's record, even though it was subject to a Motion to Set Aside.

Please include this document in the Clerk's Record, amended to the Twelfth Court of Appeals immediately.

Thank you for your time and assistance in this matter, it is greatly appreciated.

Sincerely,

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, TX  79331

cc: file
    √ 12th Court of Appeals